IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01629-RPM

TARTAN PARTNERS AVIATION, LLC,

    Plaintiff,

v.

FLIGHT OPTIONS, LLC,

    Defendant.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Stipulation for Dismissal [7] filed on September 21, 2010, it is

ORDERED that this action is dismissed, each party to bear their own costs, including attorneys' fees.

Dated: September 22nd, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge